# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROBERT DICKINSON and PAMELA
DICKINSON, on behalf of themselves and all
residents of Arkansas that are similarly situated           PLAINTIFFS

v.                    CASE NO. 3:12CV00112 BSM

SUN TRUST MORTGAGE, INC. and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION                                                 DEFENDANTS

## ORDER

The unopposed motion to stay of plaintiffs Robert Dickinson and Pamela Dickinson [Doc. No. 29] is granted, and this case is hereby stayed pending further order. The Dickinsons shall file a status report within seven days of the Eighth Circuit Court of Appeals rendering a decision in any of the appeals cited in their motion to stay.

IT IS SO ORDERED this 1st day of November 2012.

_____
UNITED STATES DISTRICT JUDGE