IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT DICKINSON and PAMELA
DICKINSON, on behalf of themselves and all
residents of Arkansas that are similarly situated                           PLAINTIFFS

v.                         CASE NO. 3:12CV00112 BSM

SUN TRUST MORTGAGE, INC. and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION                                                                  DEFENDANTS

## ORDER

For docket management purposes, defendants' motion to dismiss [Doc. No. 16] is denied without prejudice. Defendants may re-file the motion when the case is no longer stayed.

IT IS SO ORDERED this 11th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE