IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT DICKINSON, and PAMELA**                               **PLAINTIFFS**
**DICKINSON, on behalf of themselves and all**
**residents of Arkansas that are similarly Situated**

v.                     **CASE NO. 3:12CV00112 BSM**

**SUN TRUST MORTGAGE, INC. and**
**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION**                                                   **DEFENDANTS**

## ORDER

The joint motion to lift stay [Doc. 34] is granted and the deadlines are amended as follows:

A. Defendants have thirty (30) days from the entry of the order lifting stay to answer or otherwise respond to the plaintiffs' amended complaint.

B. Plaintiffs have thirty (30) days after defendants' response to respond to any motion to dismiss filed by defendants.

C. Defendants have fourteen (14) days from the filing of the plaintiffs' response within which to file a reply in support of any motion to dismiss.

IT SO ORDERED this 29th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE