IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT DICKINSON, and PAMELA**                               **PLAINTIFFS**
**DICKINSON, on behalf of themselves and all**
**residents of Arkansas that are similarly Situated**

**v.**              **CASE NO. 3:12CV00112 BSM**

**SUN TRUST MORTGAGE, INC. and**
**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION**                                                            **DEFENDANTS**

## ORDER

The motion to dismiss filed by defendants SunTrust Mortgage, Inc. and Federal National Mortgage Association [Doc. No. 36] is denied without prejudice.

IT IS SO ORDERED this 5th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE