# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROBERT DICKINSON, et al.**                                       **PLAINTIFFS**

**v.**                 **CASE NO: 3:12CV00112 BSM**

**SUNTRUST MORTGAGE, INC. and**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**         **DEFENDANTS**

## ORDER

The parties' joint motion to set aside second amended scheduling order and fix deadlines [Doc. No. 58] is granted in part and the second amended scheduling order is vacated. The parties are hereby notified, however, that this case is approximately three years old and needs to be tried. Consequently, the deadlines herein will be greatly compressed and held. Further, this case will be tried beginning on either Monday, August 31, 2015 or Tuesday, September 8, 2015.

Plaintiffs have until March 6 to either file notice that they will proceed on the first amended complaint or to file an amended complaint. Defendants have until March 20 to file a responsive pleading. The parties have until April 10 to conduct the Rule 26(f) conference and establish hard deadlines and to choose which trial date, August 31 or September 8, is more convenient. Finally, the parties have until April 24 to file their 26(f) report providing formal notice of the agreed upon deadlines.

IT IS SO ORDERED this 24th day of February 2015.

                                                                           UNITED STATES DISTRICT JUDGE