**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROBERT DICKINSON et al.**                                                             **PLAINTIFFS**

**v.**                          **CASE NO: 3:12CV00112 BSM**

**SUNTRUST MORTGAGE, INC. and**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**                  **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this date, this case is hereby dismissed with prejudice. All pending motions are denied as moot.

DATED this 23rd day of April 2015.

_____
UNITED STATES DISTRICT JUDGE